FILED
CLERK, U.S. DISTRICT COURT

APR -1 2016

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   DC   BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> Tiburcio Diaz-Gomez <br> Defendant. | Case No.: ED16MJ114-DUTY <br><br> ORDER OF DETENTION <br> (FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ District of __Arizona__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN BACKGROUND
- UNKNOWN COMMUNITY TIES
- UNKNOWN BAIL RESOURCES
- ASSOCIATED WITH NUMEROUS PERSONAL IDENTIFIERS
- IMMIGRATION STATUS UNDOCUMENTED
- SUBMISSION TO DETENTION

1

1 and/or

2 B.  ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 4/1/16

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2